1

2

3              IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   In re JOSE ANTONIO RODRIGUEZ,          No. C 13-5625 YGR (PR)

7                                          **ORDER OF DISMISSAL WITHOUT**
                                           **PREJUDICE**
8   _____/

9

10      In a notice dated December 5, 2013, the Clerk of the Court directed Plaintiff to complete a

11  civil rights complaint form and an *in forma pauperis* (IFP) application, and told him that he must

12  complete these documents within twenty-eight days or his action would be dismissed.  The Clerk

13  sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

14      More than twenty-eight days have passed, and Plaintiff has not filed the necessary

15  documents or otherwise communicated with the Court.

16      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court

17  shall enter judgment, terminate all pending motions and close the file.

18      IT IS SO ORDERED.

19  DATED: 1/24/14

                                           YVONNE GONZALEZ ROGERS
20                                         UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California